# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CONNIE PAIR, | ) |
| Petitioner, | ) |
| vs. | ) Case number 4:06cv1678 TCM |
| JENNIFER MILLER, | ) |
| Respondent. | ) |

## ORDER

This 28 U.S.C. § 2254 action is before the Court on Petitioner's request that the Court assist her in obtaining copies of warrants from Butler and St. Francois Counties. Attached to this request are the addresses of the Circuit Clerk for each county. The Court may not assist one party or the other in obtaining documents that party wishes from another entity. Accordingly, the Court must deny Petitioner's request for assistance.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 25th day of April, 2007.